NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 04-1583

RONNIE R. CEASAR

VERSUS

EVANGELINE DOWNS, ET AL

************

APPEAL FROM THE
27TH JUDICIAL DISTRICT COURT
PARISH OF ST. LANDRY, NO. 03-C-5341-C
HONORABLE ALONZO HARRIS

************

SYLVIA R. COOKS
JUDGE

************

Court composed of Sylvia R. Cooks, Glenn B. Gremillion, and Billy H. Ezell, Judges.

APPEAL DISMISSED.

RONNIE R. CEASAR
P.O. Box 1396
Opelousas, LA 70170
(337) 407-9190
PRO SE

GARY GREEN
1305 Diesi Street
Opelousas, LA 70570
(337) 472-2466
COUNSEL FOR EVANGELINE DOWNS